No. 116, Misc.   COLBERT v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 120, Misc.   ZUBR v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 121, Misc.   BORTNYAK v. RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 122, Misc.   EMMETT v. CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.   Supreme Court of Washington.   Certiorari denied.

No. 123, Misc.   PARDEE v. MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 129, Misc.   WARD v. WATERS, WARDEN.   Criminal Court of Appeals of Oklahoma.   Certiorari denied.

No. 131, Misc.   TATE v. CALIFORNIA.   C. A. 9th Cir. Certiorari denied.

No. 133, Misc.   BIRD v. NEW YORK.   Appellate Division of the Supreme Court of New York, First Judicial Department.   Certiorari denied.

No. 134, Misc.   TRICARICO v. WALKER, WARDEN.   Superior Court for Hartford County, Connecticut. Certiorari denied.

No. 137, Misc.   PLACHNO v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.